UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| GUANGYU WANG | ) | CASE NO. 3:18- CV-75-MMD-CLB |
|---|---|---|
| Plaintiff(s), vs. | ) | ORDER |
| NEVADA SYSTEM OF HIGHER EDUCATION | ) | |
| Defendant(s). | ) | |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED this 5th of May, 2021.

_____
U.S. DISTRICT JUDGE