UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUANGYU WANG,<br><br>              Plaintiff,<br>v.<br><br>NEVADA SYSTEM OF HIGHER EDUCATION,<br><br>              Defendant. | Case No. 3:18-cv-00075-MMD-CLB<br><br>ORDER |

Plaintiff Guangyu Wang appealed the Court's judgment in favor of Defendant Nevada System of Higher Education for alleged violations of Title VII and Nevada law. (ECF No. 251.) Plaintiff also challenged the Court's award of costs to Defendant in the amount of $15,696.80. (ECF No. 269.) The U.S. Court of Appeals for the Ninth Circuit affirmed the judgment in favor of Defendant but reversed the costs award. (ECF No. 284 at 2.) The mandate was issued on December 23, 2022. (ECF No. 286.) Plaintiff shortly thereafter filed a petition for a writ of certiorari with the U.S. Supreme Court, which was denied on May 22, 2023. (ECF Nos. 287, 288.)

Because the Ninth Circuit Court of Appeals reversed the Court's award of costs, the Court vacates in part its prior order granting Defendant costs in the amount of $15,696.80 (ECF No. 269).

DATED THIS 24th Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE